J. Russell Stedman (117130)
Jordan S. Altura (209431)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendant
SUN LIFE ASSURANCE COMPANY OF CANADA
and SUN LIFE FINANCIAL

P. Randall Noah (136452)
Law Offices of P. Randall Noah
8 Camino Encinas, Suite 220
Orinda, CA 94563
Telephone: (925) 253-5540
Facsimile: (925) 253-5542

Attorney for Plaintiff
JAMES KEOUGH

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KEOUGH,<br><br>    Plaintiff,<br><br>    vs.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA, and SUN LIFE FINANCIAL,<br><br>    Defendants. | CASE NO.: CV-05-04165 SC<br><br>**STIPULATION CONTINUING MEDIATION COMPLETION AND CROSS-MOTION FOR SUMMARY JUDGMENT DEADLINES**<br><br>Judge Samuel Conti<br>Complaint Filed: October 14, 2005 |

Through their respective attorneys of record, plaintiff James Keough and defendants Sun Life Assurance Company of Canada and Sun Life Financial stipulate as follows:

1. Pursuant to the Court's Order Selecting ADR Process, the parties were ordered to complete mediation before May 18, 2006;

2. The parties have been engaged in informal settlement discussions and were attempting to settle this matter before mediation. The parties are continuing their efforts to resolve this dispute but will not be able to do so prior to the May 18, 2006 mediation completion deadline.

i:\office\10260\044\06pleadings\stipulation (4).doc

CV-05-04165 SC

STIPULATION CONTINUING MEDIATION COMPLETION AND CROSS-MOTION FOR SUMMARY JUDGMENT DEADLINES

3.  The parties request approximately 30 days beyond May 18, 2006 to continue their efforts to settle this dispute.  The parties have selected C. Mark Humbert, Esq., to serve as the mediator in this case if the parties are unable to settle this dispute within the next 30 days.  The parties have scheduled a mediation with Mr. Humbert for June 28, 2006, and respectfully request an extension until June 30, 2006 to complete the mediation, should it become necessary.

4.  This is an ERISA case.  Pursuant to the Court's Civil Minutes entered on March 10, 2006, the Court continued this matter to August 4, 2006 for hearing on Cross-Motions on Standard of Review and ordered the parties to file their motions by June 23, 2006;

5.  The parties respectfully request an extension to September 8, 2006, or the next available date on the Court's calendar, for hearings on Cross-Motions on Standard of Review and an extension until at least July 28, 2006 for the parties to file their motions, if this becomes necessary following further efforts to settle this dispute;

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

STIPULATION CONTINUING MEDIATION COMPLETION AND CROSS-MOTION FOR SUMMARY JUDGMENT
DEADLINES

6.  This stipulation and proposed order will not modify any other dates set by the Court.

IT IS SO STIPULATED.

Dated:  May 17, 2006, San Francisco, CA

BARGER & WOLEN LLP

By:  /s/ Jordan S. Altura
     J. Russell Stedman
     Jordan S. Altura
     Attorneys for Defendants
     SUN LIFE ASSURANCE
     COMPANY OF CANADA and SUN
     LIFE FINANCIAL

Dated:  May 17, 2006, Orinda, CA

LAW OFFICES OF P. RANDALL NOAH

By:  /s/ P. Randall Noah
     P. Randall Noah
     Attorney for Plaintiff
     JAMES KEOUGH

IT IS SO ORDERED:

That the May 18, 2006 deadline for completing the mediation has been extended to June 30,
2006, and the August 4, 2006 hearing date for Cross-Motions on Standard of Review and June 23,
2006 motion filing deadline are extended to September _8_, 2006 and July _28_, 2006, respectively.

Dated:  _____May 30, 2006_____

The Honorable Samuel Conti
United States District Court Judge

[SEAL: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

-3-                                                          CV-05-04165 SC
STIPULATION CONTINUING MEDIATION COMPLETION AND CROSS-MOTION FOR SUMMARY JUDGMENT
DEADLINES