J. Russell Stedman (117130)
Jordan S. Altura (209431)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendant
SUN LIFE ASSURANCE COMPANY OF CANADA
and SUN LIFE FINANCIAL

P. Randall Noah (136452)
Law Offices of P. Randall Noah
8 Camino Encinas, Suite 220
Orinda, CA 94563
Telephone: (925) 253-5540
Facsimile: (925) 253-5542

Attorney for Plaintiff
JAMES KEOUGH

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KEOUGH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA, and SUN LIFE FINANCIAL,<br><br>　　　　Defendants. | CASE NO.: C-05-04165 SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION IN ITS ENTIRETY** |

By and through their counsel of record, Plaintiff JAMES KEOUGH ("Plaintiff") and Defendants SUN LIFE ASSURANCE COMPANY OF CANADA ("Sun Life") and SUN LIFE FINANCIAL (hereinafter collectively referred to as "Defendants"), hereby stipulate to the following:

///

///

I:\office\10260\044\06Pleadings\stip for dismissal.doc

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION IN ITS ENTIRETY

///

1. The parties hereto have reached an agreement to resolve this action in its entirety. The relevant documents have been finalized and the parties hereby stipulate to dismiss this action in its entirety with prejudice. Each side to bear their own fees and costs.

IT IS SO STIPULATED.

Dated: June 28, 2006, San Francisco, CA          BARGER & WOLEN LLP

By: /s/ J. Russell Stedman
J. Russell Stedman
Attorneys for Defendants
SUN LIFE ASSURANCE
COMPANY OF CANADA and SUN
LIFE FINANCIAL

Dated: June 26, 2006, Orinda, CA          LAW OFFICES OF P. RANDALL NOAH

By: /s/ P. Randall Noah
P. Randall Noah
Attorney for Plaintiff
JAMES KEOUGH

## ORDER

The above-captioned matter is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

DATED: 6/29/06          By: _____
HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED  Judge Samuel Conti*

-2-
STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION IN ITS ENTIRETY

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800